■    In the Matter of M. EMANUEL BALT, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Petition denied and proceeding

1004

dismissed on the ground that it is not reviewable by article 78 CPLR, and on the additional ground that the mandate is incomplete. Concur — Eager, J. P., Capozzoli, McGivern, Markewich and Tilzer, JJ.